No. 61. JOHN A. NELSON CO. v. COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. J. S. Seidman* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *A. F. Prescott* for respondent.

Nos. 69 and 70. HELVERING, COMMISSIONER OF INTERNAL REVENUE v. SCHWEITZER. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Hugh W. McCulloch* for respondent.

No. 75. UNITED STATES v. SAFETY CAR HEATING & LIGHTING CO.; and
No. 76. ROGERS, COLLECTOR OF INTERNAL REVENUE, v. SAME. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Reed* for petitioners. *Messrs. Thomas G. Haight, Robert H. Montgomery,* and *Henry T. Stetson* for respondent.

Nos. 78 and 79. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. COLEMAN-GILBERT ASSOCIATES. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. Henry Herrick Bond* and *Ralph E. Tibbetts* for respondent.